William T. PORDY and Carberry Corporation, Plaintiffs–Appellants,

v.

LAND O'LAKES, INC., Defendant–Cross Appellant.

Nos. 05–1548, 05–1573.

United States Court of Appeals, Federal Circuit.

Sept. 8, 2006.

Before LOURIE, Circuit Judge, PLAGER, Senior Circuit Judge and RADER, Circuit Judge.

*JUDGMENT*

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED: